# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYRA GRIJALVA, individually and as the Custodian and Guardian Ad Litem for MELIAH GRIJALVA, MIGUEL GRIJALVA, and MAURICIO GRIJALVA, minor children,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOMPOC, a municipal corporation, PATRICK WALSH, an individual, DEANNA, CLEMENT, an individual, and DOES 1 through 25, individually and in their official capacities as Police Officers, Employees and/or Agents of and for the City of Lompoc, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05928-JAK-SK<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT (DKT. 22)**<br><br>**JS-6** |

1 | Having considered the Joint Stipulation between Plaintiffs MAYRA GRIJALVA, individually and as the Guardian ad litem for MELIAH GRIJALVA (a minor), MIGUEL GRIJALVA (a minor), and MAURICIO GRIJALVA (a minor) and Defendants CITY OF LOMPOC, PATRICK WALSH, and DEANNA CLEMENT to remand this action to State Court ("Stipulation" (Dkt. 22)), and for good cause shown, the Stipulation is **GRANTED**. This action is hereby remanded to state court, Santa Barbara County Superior Court Case No. 18CV02023, and all matters currently scheduled in this federal action are taken off calendar.

IT IS SO ORDERED.

Dated: January 8, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE